**FILED**

FEB 07 2024

U.S. CLERK'S OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) CAUSE NO. | 1:24-cr-22-SEB-MG |
| | ) | |
| DONTA ALLEN, | ) -01 | |
| LANCE MCGEE, | ) -02 | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
Conspiracy To Commit Robbery
18 U.S.C. § 1951(a)

Beginning on or about March 25, 2022, and continuing through and including April 8, 2022, in the Southern District of Indiana, DONTA ALLEN and LANCE MCGEE, defendants herein together with others known and unknown to the Grand Jury, did knowingly and intentionally conspire, combine, confederate, and agree to commit certain offenses against the United States, that is: obstructing, delaying, or affecting commerce by robbery.

#### Purpose of the Conspiracy

It was the purpose of the conspiracy to unlawfully enrich the defendants by robbing various retail outlets of United States Currency.

#### Manner and Means of the Conspiracy

Among the manner and means by which the defendants would and did carry out this conspiracy were the following:

1. ALLEN would utilize MCGEE as his driver to the robbery and his get-away driver.

2. MCGEE would drive ALLEN to the location and wait in the vehicle outside as ALLEN committed the robbery.

3. ALLEN would enter the victim store and brandish a firearm.   He would then proceed to rob the store of United States currency.   ALLEN would frequently disguise his appearance with a ski mask and attempt to cover his tattoos with make-up, as well as change his clothing and discard clothing worn during robberies.

4. Upon successful completion of the robberies, ALLEN would pay MCGEE for his role in the robberies.

5. As a result of this conspiracy, the defendants, collectively, robbed at least 11 stores in the Southern District of Indiana.

## Overt Acts

In furtherance of the conspiracy and to achieve its object, the defendants committed and caused to be committed in the Southern District of Indiana the following overt acts, among others:

    a.    On or about March 25, 2022, the defendants robbed the Disc Replay, located at 8210 Rockville Road, Indianapolis, Indiana;

    b.    On or about March 25, 2022, the defendants robbed the GameStop, located at 5816 Crawfordsville Road, Speedway, Indiana;

    c.    On or about March 27, 2022, the defendants robbed the GameStop, located at 3269 West 86th Street, Indianapolis, Indiana;

    d.    On or about March 27, 2022, the defendants robbed the AutoZone, located at 4606 East County Line Road, Indianapolis, Indiana;

    e.    On or about April 2, 2022, the defendants robbed the GameStop, located at 4525 Lafayette Road, Indianapolis, Indiana;

f. On or about April 2, 2022, the defendants robbed the AutoZone, located at 7455 Michigan Road, Indianapolis, Indiana;

g. On or about April 3, 2022, the defendants robbed the Disc Replay, located at 9739 East Washington Street, Indianapolis, Indiana;

h. On or about April 5, 2022, the defendants robbed the Disc Replay, located at 7317 US 31 South, Indianapolis, Indiana;

i. On or about April 5, 2022, the defendants robbed the AutoZone, located at 8525 Southeastern Avenue, Indianapolis, Indiana;

j. On or about April 5, 2022, the defendants robbed the AutoZone, located at 6055 East 82nd Street, Indianapolis, Indiana; and

k. On or about April 8, 2022, the defendants robbed the GameStop, located at 6905 South Emerson Avenue, Indianapolis, Indiana.

All in violation of Title 18, United States Code, Section 1951(a).

### COUNT 2
Interference with Commerce by Robbery
18 U.S.C. § 1951(a)(1) and 18 U.S.C. § 2

At all times material to this Indictment, Disc Replay, located at 8210 Rockville Road, Indianapolis, Indiana, ("Disc Replay") was engaged in the retail sale of articles and commodities, to include merchandise, in interstate commerce and an industry which affects interstate commerce.

That on or about March 25, 2022, in the Southern District of Indiana, the defendants, DONTA ALLEN and LANCE MCGEE, did unlawfully obstruct, delay, and affect commerce and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, section 1951, in that the defendants did

3

unlawfully take and obtain personal property consisting of United States Currency in the presence of an employee of Disc Replay, against his/her will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his/her person, that is, by brandishing a firearm while demanding the United States Currency.

All in violation of Title 18, United States Code, Sections 1951 and 2.

### COUNT 3
Brandish a Firearm During and in Relation to a Crime of Violence
18 U.S.C. § 924(c)

On or about March 25, 2022, in the Southern District of Indiana, the defendant, DONTA ALLEN and LANCE MCGEE, did knowingly brandish, carry, and use a firearm, that is, a Smith & Wesson 9mm pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Interference with Commerce by Robbery as alleged in Count 2; in violation of Title 18, United States Code, Section 924(c)(1)(A).

### COUNT 4
Interference with Commerce by Robbery
18 U.S.C. § 1951(a)(1) and 18 U.S.C. § 2

At all times material to this Indictment, GameStop, located at 5816 Crawfordsville Road, Speedway, Indiana, ("GameStop") was engaged in the retail sale of articles and commodities, to include merchandise, in interstate commerce and an industry which affects interstate commerce.

That on or about March 25, 2022, in the Southern District of Indiana, the defendants, DONTA ALLEN and LANCE MCGEE, did unlawfully obstruct, delay, and affect commerce and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, section 1951, in that the defendants did unlawfully take and obtain personal property consisting of United States Currency in the presence

of an employee of GameStop, against his/her will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his/her person, that is, by brandishing a firearm while demanding the United States Currency.

All in violation of Title 18, United States Code, Sections 1951 and 2.

### COUNT 5
Brandish a Firearm During and in Relation to a Crime of Violence
18 U.S.C. § 924(c)

On or about March 25, 2022, in the Southern District of Indiana, the defendant, DONTA ALLEN and LANCE MCGEE, did knowingly brandish, carry, and use a firearm, that is, a Smith & Wesson 9mm pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Interference with Commerce by Robbery as alleged in Count 4; in violation of Title 18, United States Code, Section 924(c)(1)(A).

### COUNT 6
Interference with Commerce by Robbery
18 U.S.C. § 1951(a)(1) and 18 U.S.C. § 2

At all times material to this Indictment, GameStop, located at 3269 West 86th Street, Indianapolis, Indiana, ("GameStop") was engaged in the retail sale of articles and commodities, to include merchandise, in interstate commerce and an industry which affects interstate commerce.

That on or about March 27, 2022, in the Southern District of Indiana, the defendants, DONTA ALLEN and LANCE MCGEE, did unlawfully obstruct, delay, and affect commerce and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, section 1951, in that the defendants did unlawfully take and obtain personal property consisting of United States Currency in the presence of an employee of GameStop, against his/her will by means of actual and threatened force,

violence, and fear of injury, immediate and future, to his/her person, that is, by brandishing a firearm while demanding United States Currency.

All in violation of Title 18, United States Code, Sections 1951 and 2.

### COUNT 7
Brandish a Firearm During and in Relation to a Crime of Violence
18 U.S.C. § 924(c)

On or about March 27, 2022, in the Southern District of Indiana, the defendant, DONTA ALLEN and LANCE MCGEE, did knowingly brandish, carry, and use a firearm, that is, a Smith & Wesson 9mm pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Interference with Commerce by Robbery as alleged in Count 6; in violation of Title 18, United States Code, Section 924(c)(1)(A).

### COUNT 8
Interference with Commerce by Robbery
18 U.S.C. § 1951(a)(1) and 18 U.S.C. § 2

At all times material to this Indictment, AutoZone, located at 4606 East County Line Road, Indianapolis, Indiana, ("AutoZone") was engaged in the retail sale of articles and commodities, to include merchandise, in interstate commerce and an industry which affects interstate commerce.

That on or about March 27, 2022, in the Southern District of Indiana, the defendants, DONTA ALLEN and LANCE MCGEE, did unlawfully obstruct, delay, and affect commerce and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, section 1951, in that the defendants did unlawfully take and obtain personal property consisting of United States Currency in the presence of an employee of AutoZone, against his/her will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his/her person, that is, by brandishing a

firearm while demanding the United States Currency.

All in violation of Title 18, United States Code, Sections 1951 and 2.

## COUNT 9
Brandish a Firearm During and in Relation to a Crime of Violence
18 U.S.C. § 924(c)

On or about the March 27, 2022, in the Southern District of Indiana, the defendant, DONTA ALLEN and LANCE MCGEE, did knowingly brandish, carry, and use a firearm, that is, a Smith & Wesson 9mm pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Interference with Commerce by Robbery as alleged in Count 8; in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 10
Interference with Commerce by Robbery
18 U.S.C. § 1951(a)(1) and 18 U.S.C. § 2

At all times material to this Indictment, GameStop, located at 4525 Lafayette Road, Indianapolis, Indiana, ("GameStop") was engaged in the retail sale of articles and commodities, to include merchandise, in interstate commerce and an industry which affects interstate commerce.

That on or about April 2, 2022, in the Southern District of Indiana, the defendants, DONTA ALLEN and LANCE MCGEE, did unlawfully obstruct, delay, and affect commerce and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, section 1951, in that the defendants did unlawfully take and obtain personal property consisting of United States Currency from in the presence of an employee of GameStop, against his/her will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his/her person, that is, by brandishing a firearm while demanding the United States Currency.

7

All in violation of Title 18, United States Code, Sections 1951 and 2.

## COUNT 11
Brandish a Firearm During and in Relation to a Crime of Violence
18 U.S.C. § 924(c)

On or about the April 2, 2022, in the Southern District of Indiana, the defendant, DONTA ALLEN and LANCE MCGEE, did knowingly brandish, carry, and use a firearm, that is, a Smith & Wesson 9mm pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Interference with Commerce by Robbery as alleged in Count 10; in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 12
Interference with Commerce by Robbery
18 U.S.C. § 1951(a)(1) and 18 U.S.C. § 2

At all times material to this Indictment, AutoZone, located at 7455 Michigan Road, Indianapolis, Indiana, ("AutoZone") was engaged in the retail sale of articles and commodities, to include merchandise, in interstate commerce and an industry which affects interstate commerce.

That on or about April 2, 2022, in the Southern District of Indiana, the defendants, DONTA ALLEN and LANCE MCGEE, did unlawfully obstruct, delay, and affect commerce and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, section 1951, in that the defendants did unlawfully take and obtain personal property consisting of United States Currency from in the presence of an employee of AutoZone , against his/her will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his/her person, that is, by brandishing a firearm while demanding United States Currency.

All in violation of Title 18, United States Code, Sections 1951 and 2.

## COUNT 13
Brandish a Firearm During and in Relation to a Crime of Violence
18 U.S.C. § 924(c)

On or about the April 2, 2022, in the Southern District of Indiana, the defendant, DONTA ALLEN and LANCE MCGEE, did knowingly brandish, carry, and use a firearm, that is, a Smith & Wesson 9mm pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Interference with Commerce by Robbery as alleged in Count 12; in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 14
Interference with Commerce by Robbery
18 U.S.C. § 1951(a)(1) and 18 U.S.C. § 2

At all times material to this Indictment, Disc Replay, located at 9739 East Washington Street, Indianapolis, Indiana, ("Disc Replay") was engaged in the retail sale of articles and commodities, to include merchandise, in interstate commerce and an industry which affects interstate commerce.

That on or about April 3, 2022, in the Southern District of Indiana, the defendants, DONTA ALLEN and LANCE MCGEE, did unlawfully obstruct, delay, and affect commerce and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, section 1951, in that the defendants did unlawfully take and obtain personal property consisting of United States Currency in the presence of an employee of Disc Replay, against his/her will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his/her person, that is, by brandishing a firearm.

All in violation of Title 18, United States Code, Sections 1951 and 2.

9

**COUNT 15**
Brandish a Firearm During and in Relation to a Crime of Violence
18 U.S.C. § 924(c)

On or about the April 3, 2022, in the Southern District of Indiana, the defendant, DONTA ALLEN and LANCE MCGEE, did knowingly brandish, carry, and use a firearm, that is, a Smith & Wesson 9mm pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Interference with Commerce by Robbery as alleged in Count 14; in violation of Title 18, United States Code, Section 924(c)(1)(A).

**COUNT 16**
Interference with Commerce by Robbery
18 U.S.C. § 1951(a)(1) and 18 U.S.C. § 2

At all times material to this Indictment, Disc Replay, located at 7317 US 31 South, Indianapolis, Indiana, ("Disc Replay") was engaged in the retail sale of articles and commodities, to include merchandise, in interstate commerce and an industry which affects interstate commerce.

That on or about April 5, 2022, in the Southern District of Indiana, the defendants, DONTA ALLEN and LANCE MCGEE, did unlawfully obstruct, delay, and affect commerce and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, section 1951, in that the defendants did unlawfully take and obtain personal property consisting of United States Currency in the presence of an employee of Disc Replay, against his/her will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his/her person, that is, by brandishing a firearm while demanding the United States Currency.

All in violation of Title 18, United States Code, Sections 1951 and 2.

**COUNT 17**

Brandish a Firearm During and in Relation to a Crime of Violence
18 U.S.C. § 924(c)

On or about the April 5, 2022, in the Southern District of Indiana, the defendant, DONTA ALLEN and LANCE MCGEE, did knowingly brandish, carry, and use a firearm, that is, a Smith & Wesson 9mm pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Interference with Commerce by Robbery as alleged in Count 16; in violation of Title 18, United States Code, Section 924(c)(1)(A).

### COUNT 18
Interference with Commerce by Robbery
18 U.S.C. § 1951(a)(1) and 18 U.S.C. § 2

At all times material to this Indictment, AutoZone, located at 8525 Southeastern Avenue, Indianapolis, Indiana, ("AutoZone") was engaged in the retail sale of articles and commodities, to include merchandise, in interstate commerce and an industry which affects interstate commerce.

That on or about April 5, 2022, in the Southern District of Indiana, the defendants, DONTA ALLEN and LANCE MCGEE, did unlawfully obstruct, delay, and affect commerce and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, section 1951, in that the defendants did unlawfully take and obtain personal property consisting of United States Currency in the presence of the employee of the AutoZone, against his/her will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his/her person, that is, by brandishing a firearm while demanding United States Currency.

All in violation of Title 18, United States Code, Sections 1951 and 2.

### COUNT 19
Brandish a Firearm During and in Relation to a Crime of Violence
18 U.S.C. § 924(c)

11

On or about the April 5, 2022, in the Southern District of Indiana, the defendant, DONTA ALLEN and LANCE MCGEE, did knowingly brandish, carry, and use a firearm, that is, a Smith & Wesson 9mm pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Interference with Commerce by Robbery as alleged in Count 18; in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 20
Interference with Commerce by Robbery
18 U.S.C. § 1951(a)(1) and 18 U.S.C. § 2

At all times material to this Indictment, AutoZone, located at 6055 East 82nd Street, Indianapolis, Indiana, ("AutoZone") was engaged in the retail sale of articles and commodities, to include merchandise, in interstate commerce and an industry which affects interstate commerce.

That on or about April 5, 2022, in the Southern District of Indiana the defendants, DONTA ALLEN and LANCE MCGEE, did unlawfully obstruct, delay, and affect commerce and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, section 1951, in that the defendants did unlawfully take and obtain personal property consisting of United States Currency from in the presence of an employee of AutoZone, against his/her will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his/her person, that is, by brandishing a firearm while demanding the United States Currency.

All in violation of Title 18, United States Code, Sections 1951 and 2.

## COUNT 21
Brandish a Firearm During and in Relation to a Crime of Violence
18 U.S.C. § 924(c)

On or about the April 5, 2022, in the Southern District of Indiana, the defendant, DONTA

ALLEN and LANCE MCGEE, did knowingly brandish, carry, and use a firearm, that is, a Smith & Wesson 9mm pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Interference with Commerce by Robbery as alleged in Count 20; in violation of Title 18, United States Code, Section 924(c)(1)(A).

### COUNT 22
Interference with Commerce by Robbery
18 U.S.C. § 1951(a)(1) and 18 U.S.C. § 2

At all times material to this Indictment, GameStop, located at 6905 South Emerson Avenue, Indianapolis, Indiana, ("GameStop") was engaged in the retail sale of articles and commodities, to include merchandise, in interstate commerce and an industry which affects interstate commerce.

That on or about April 8, 2022, in the Southern District of Indiana the defendants, DONTA ALLEN and LANCE MCGEE, did unlawfully obstruct, delay, and affect commerce and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, section 1951, in that the defendants did unlawfully take and obtain personal property consisting of United States Currency in the presence of a GameStop employee, against his/her will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his/her person, that is, by brandishing a firearm while demanding the United States Currency.

All in violation of Title 18, United States Code, Sections 1951 and 2.

### COUNT 23
Brandish a Firearm During and in Relation to a Crime of Violence
18 U.S.C. § 924(c)

On or about the April 8, 2022, in the Southern District of Indiana, the defendant, DONTA

ALLEN and LANCE MCGEE, did knowingly brandish, carry, and use a firearm, that is, a Smith & Wesson 9mm pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Interference with Commerce by Robbery as alleged in Count 22; in violation of Title 18, United States Code, Section 924(c)(1)(A).

### COUNT 24
Possession of Firearms by a Felon
18 U.S.C. § 922(g)(1)

On or about April 8, 2022, in the Southern District of Indiana, the defendant, DONTA ALLEN, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:

a. felony Robbery in cause 49G06-1604-F3-013303, Marion County, Indiana on or about March 1, 2017; and/or

b. felony Robbery in cause 49G06-1604-F3-014481, Marion County, Indiana on or about March 1, 2017; and/or

c. felony Possession of a Firearm by a Serious Violent Felon in cause 49D30-2009-F4-029286, Marion County, Indiana on or about September 20, 2021; and/or

d. felony Armed Robbery in cause 49D30-2010-F3-033268, Marion County, Indiana on or about September 20, 2021;

did knowingly possess a firearm, that is, a Smith & Wesson 9mm handgun, said firearm having been shipped and transported in interstate commerce; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

### SENTENCING ALLEGATION
(18 U.S.C. § 924(e))

Before DONTA ALLEN committed the offense charged in Count 24, DONTA ALLEN had at least three previous convictions for offenses committed on occasions different from one another.

14

## COUNT 25
Possession of Firearms by a Felon
18 U.S.C. § 922(g)(1)

On or about March 21, 2022, in the Southern District of Indiana, the defendant, LANCE MCGEE, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:

   a. felony Possession of a Narcotic Drug in cause 49G21-1704-F5-012282, Marion County, Indiana on or about February 16, 2018; and/or

   b. Aggravated Possession of Drugs in cause 19-CR-13797 in Defiance County, Ohio on or about August 27, 2020;

did knowingly possess a firearm, that is, a Smith & Wesson 9mm handgun, said firearm having been shipped and transported in interstate commerce; in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE

1. Pursuant to Federal Rule of Criminal Procedure 32.2, the United States hereby gives the defendants notice that the United States will seek forfeiture of property, criminally and/or civilly, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), as part of any sentence imposed.

2. Pursuant to Title 18, United States Code, Section 924(d), if convicted of an offense set forth in this Indictment, the defendants shall forfeit to the United States "any firearm or ammunition involved in or used in" the offense.

A TRUE BILL:

FOREPERSON

ZACHARY A. MYERS
United States Attorney

By: _____
Pamela S. Domash
Assistant United States Attorney
MPB