UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Cause No. 1:24-cr-0022-SEB-MG |
| LANCE MCGEE, | ) ) | -02 |
| Defendant. | ) ) | |

**GOVERNMENT'S MOTION FOR PRETRIAL DETENTION
PURSUANT TO 18 U.S.C. § 3142**

The Government now informs the Court that it has learned that the issue of detention in this matter has become ripe, and moves to detain the defendant, Lance McGee, pursuant to Title 18 United States Code, Sections 3142(e)(3)(B); 3142(f)(1)(A); 3142(f)(1)(B), 3142(f)(1)(e), and 3142(f)(2)(A) because there are no conditions or combinations of conditions that can reasonably assure his appearance at trial or the safety of the community at large.

The Government requests that a detention hearing be scheduled at the Court's convenience.

Respectfully submitted,

ZACHARY MYERS
United States Attorney

By: *s/ Pamela Domash*
Pamela Domash
Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2024 a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

                                          By:    *s/ Pamela Domash*
                                                    Pamela Domash
                                                    Assistant United States Attorney

Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204
Telephone:  (317) 226-6333