UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| V. | ) CAUSE NO. 1:24-cr-0022-SEB-MG ) |
| LANCE MCGEE, | ) -02 ) |
| Defendants. | ) |

ORDER

The Court, having reviewed Government's Motion for Pretrial Detention [dkt. 89], now GRANTS said motion and ORDERS a detention hearing be set for **March 22, 2024 at 1:00 pm (EST)** in Room 243 before the Criminal Duty Magistrate Judge.

So ORDERED.

Date: 3/19/2024

Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution list:
Service will be made electronically on all ECF registered counsel of record via email generated by the Court's CM/ECF system.