UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>     Plaintiff, | )<br>)<br>) | |
| vs. | )<br>) | CAUSE NO.   1:24-cr-00022-SEB-MG |
| LANCE MCGEE,<br>     Defendant. | )<br>)<br>) | - 02 |

**COURTROOM MINUTES FOR MARCH 22, 2024**
**HONORABLE KELLIE M. BARR, MAGISTRATE JUDGE**

The Parties appeared for a Detention Hearing.  Defendant appeared in person and by counsel Doneaka Rucker-Brooks.   Government represented by AUSA Jayson McGrath.   USPO represented by Megan Stevens.

Detention hearing held.

Court's Exhibit A (Pretrial Services Report – PS3, Dkt. 26) admitted without objection or amendment.

Evidence proffered.   Argument presented.   Government Exhibit 1 admitted without objection.

For the reasons stated on the record and in the Order of Detention, the Court granted the Government's motion for pretrial detention and ordered the Defendant detained pending trial.

Defendant remanded to the custody of the U.S. Marshals pending further proceedings.

Date: 3/25/2024

_Kellie M. Barr_
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system