UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

UNITED STATES OF AMERICA,            )
                                     )
                Plaintiff,           )
                                     )
        v.                           )        No. 1:24-cr-00022-SEB-MG
                                     )
DONTA ALLEN,                         )   -01
                                     )
                Defendant.           )

**The Honorable Sarah Evans Barker, Judge**
**Entry for June 4, 2025**

On this date, Defendant appeared in person, together with appointed counsel Stacy R. Uliana, and the Government appeared by AUSA Pamela S. Domash, together with the investigative agent, Lynn Rotherinch, for a change of plea and sentencing hearing. La Tia Dowdell appeared on behalf of the United States Probation Office. The hearing was reported by Court Reporter, Gretchen Fox.

- The Defendant was advised of his rights and the possible penalties.

- The Court accepted the parties' Stipulated Factual Basis as an adequate basis for the plea.

- Defendant pleaded guilty to Counts 2,3,4,5,6,7,8,10,12,14,16,18,20,22, and 23 of the Indictment.

- The Court accepted Defendant's guilty plea and Defendant was adjudged guilty of Counts 2,3,4,5,6,7,8,10,12,14,16,18,20,22, and 23 of the Indictment.

- The parties were heard with respect to the sentence and application of the Sentencing Guidelines.

- Sentence was imposed as stated on the record, including:

> Incarceration:   120 months on Counts 2,4,6,8,10,12,14,16,18,20,22, and 23 to run concurrently; 84 months on Counts 3,5,7, and 23 to run consecutively for a total of 456 months
> Supervised Release: 3 years per count to run concurrently
> Fine:  $0.00
> Restitution:  $11,849.91
> Special Assessment: $1,500.00.

- The Defendant was advised of his right to appeal.

- The Government moved to dismiss Counts 1,9,11,13,15,17,19,21, and 24

- Defendant is remanded to the custody of the United States Marshal Service.

- The Judgment is forthcoming.

- The proceedings were adjourned.

Distribution:

Pamela S. Domash
DOJ-USAO
pamela.domash@usdoj.gov

Stacy R. Uliana
ULIANA LAW
stacy@ulianalaw.com