UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cr-00022-SEB-MG |
| | ) | |
| LANCE MCGEE, | ) -02 | |
| | ) | |
| Defendant. | ) | |

**The Honorable Sarah Evans Barker, Judge**
**Entry for October 23, 2025**

On this date, Defendant appeared in person, together with appointed counsel Doneaka Rucker-Brooks, and the Government appeared by AUSA Pamela S. Domash, for a change of plea and sentencing hearing. La Tia Dowdell appeared on behalf of the United States Probation Office. The hearing was reported by Court Reporter, Gretchen Fox.

- The Defendant was advised of his rights and the possible penalties.

- The Court accepted the parties' Stipulated Factual Basis as an adequate basis for the plea.

- Defendant pleaded guilty to Counts 2, 4, 6, 8, 10, 12, 14, 16, 18, 20, 21, 22, and 23 of the Indictment.

- The Court accepted Defendant's guilty plea and Defendant was adjudged guilty of Counts 2, 4, 6, 8, 10, 12, 14, 16, 18, 20, 21, 22, and 23 of the Indictment.

- The parties were heard with respect to the sentence and application of the Sentencing Guidelines.

- Sentence was imposed as stated on the record, including:

       Incarceration:  66 months on Counts 2, 4, 6, 8, 10, 12, 14, 16, 18, 20, and 22 to run concurrently; 84 months on Count 21 to run consecutively; 84 months on Count 23 to run consecutively for a total of 234 months
       Supervised Release: 3 years per count to run concurrently
       Fine:  $0.00
       Restitution:  $12,790.91
       Special Assessment: $1,300.00.

- The Defendant was advised of his right to appeal.

- The Government moved to dismiss Counts 1, 3, 5, 7, 9, 11, 13, 15, 17, 19, and 25 of the Indictment.

- Defendant is remanded to the custody of the United States Marshal Service.

- The Judgment is forthcoming.

- The proceedings were adjourned.

Distribution:

Pamela S. Domash
DOJ-USAO
pamela.domash@usdoj.gov

Doneaka Rucker-Brooks
Law Office of Doneaka Brooks
doneakabrooks@yahoo.com